NYS2d 799]—Motion to correct memorandum and for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni and Green, JJ.

■ HUEN NEW YORK, INC., Appellant, v BOARD OF EDUCATION CLINTON CENTRAL SCHOOL DISTRICT, Respondent. [893 NYS2d 799]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Green and Pine, JJ.

■ In the Matter of RIDGE ROAD FIRE DISTRICT, Respondent, v MICHAEL P. SCHIANO, as Hearing Officer Designated Pursuant to the Collective Bargaining Agreement between RIDGE ROAD FIRE DISTRICT and RIDGE ROAD PROFESSIONAL FIREFIGHTERS ASSOCIATION IAFF, LOCAL 3794, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO, Respondent, and KEVIN NOWAK et al., Appellants. [893 NYS2d 799]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Pine and Gorski, JJ.

■ ONEIDA INDIAN NATION, a Sovereign Nation, Appellant, v HUNT CONSTRUCTION GROUP, INC., Respondent. [893 NYS2d 799]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Pine and Gorski, JJ.

■ KATHLEEN DOODY, Respondent, v KENNETH L. GOTTSHALL et al., Appellants. (Appeal No. 1.) [893 NYS2d 798]—Motion for clarification or reargument denied. Present—Centra, J.P., Fahey, Peradotto and Green, JJ.

■ KATHLEEN DOODY, Respondent, v KENNETH L. GOTTSHALL et al., Appellants. (Appeal No. 2.) [893 NYS2d 798]—Motion for clarification or reargument denied. Present—Centra, J.P., Fahey, Peradotto and Green, JJ.

■ DONALD GIMENO, Appellant-Respondent, v AMERICAN SIGNATURE, INC., Doing Business as VALUE-CITY FURNITURE, et al., Respondents, and MELCO CONSTRUCTION SERVICES, INC., et al., Respondents-Appellants, et al., Defendant. [893 NYS2d 799]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURTADA S. EBRAHIM, Appellant. [893 NYS2d 799]—Motion for reargument denied. Present—Centra, J.P., Fahey, Peradotto and Gorski, JJ.

■ In the Matter of KEITH H. SCOTT, SR., et al., Petitioners, and DORA RICHARDSON et al., Appellants, v CITY OF BUFFALO et